IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDRE T. WILLIAMS, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0611-M
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security,:
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Andre T. Williams and against Defendant Michael J. Astrue.

DONE this 28th day of July, 2011.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE