IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDRE T. WILLIAMS,                  :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :         CIVIL ACTION 10-0611-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Andre T. Williams and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $3,634.46.

DONE this 13th day of December, 2011.

                                         s/BERT W. MILLING, JR.
                                         UNITED STATES MAGISTRATE JUDGE